[No. 65448-9-I.   Division One.   July 25, 2011.]

DEBORAH VINCENT, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-20287-7, Joan E. DuBuque, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Spearman, JJ.

[No. 65462-4-I.   Division One.   July 25, 2011.]

ROBERT GRUNDSTEIN, *Appellant*, v. LEON GRUNDSTEIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-07764-7, George F.B. Appel, J., entered May 4, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Becker, JJ.

[No. 65496-9-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY LAMAR WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02288-7, Douglass A. North, J., entered June 1, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

[No. 65568-0-I.   Division One.   July 25, 2011.]

STEVEN DONATELLI ET AL., *Respondents*, v. D.R. STRONG CONSULTING ENGINEERS, INC., *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-19468-8, Jim Rogers, J., entered May 24, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Schindler, J.